UNITED STATES BANKRUPTCY COURT
For The District of Colorado

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **MICHAEL LEE JOHNSON** | ) | CASE NUMBER:  08-20953 EEB |
| **CHERYL MARIE JOHNSON** | ) | |
| | ) | |
| **SSN: XXX-XX- 3238** | ) | |
| **SSN: XXX-XX- 7126** | ) | Chapter 13 |
| | ) | |
| **Debtors.** | ) | |

### ORDER GRANTING MOTION TO REINSTATE CHAPTER 13 BANKRUPTCY

**THIS MATTER,** coming before the Court on Debtor's Motion to Reinstate Confirmed Chapter 13 Bankruptcy, and the Court being fully advised in the premises and finding no objections thereto, does hereby

**ORDER** that Debtor's motion is granted and the case is reinstated for further administration under the Code.

Dated: April 15, 2013

BY THE COURT:

Elizabeth E. Brown,
United States Bankruptcy Judge